```
McGREGOR W. SCOTT
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California  93721
Telephone:  (559) 498-7272
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-F-04-5276 OWW |
| Plaintiff, ) | MOTION TO DISMISS INDICTMENT |
| v. ) | |
| AURORA B. CARLOS, ) | |
| Defendant. ) | |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States moves for an order dismissing the indictment in this case.  The court found the defendant guilty and sentenced the defendant to 11 (eleven) months custody on a superseding information.  The government indicated in the plea agreement that after the time for a notice of appeal to be filed passed, it would file a motion to dismiss the indictment.

          Respectfully submitted,

          McGREGOR W. SCOTT
          United States Attorney

Dated: May 5, 2005          By: /s/_____
                                          DAVID L. GAPPA
                                          Assistant U.S. Attorney

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-F-04-5276 OWW |
| Plaintiff, | ) | |
| v. | ) | |
| AURORA B. CARLOS, | ) | |
| Defendant. | ) | |

ORDER

IT IS HEREBY ORDERED that the indictment (CR-F-04-5276 OWW) be dismissed, without prejudice, in the interest of justice.  The court found the defendant guilty and sentenced the defendant to 11 (eleven) months custody on a superseding information.

DATED:__May 9, 2005                    /s/ OLIVER W. WANGER_____
                                       Oliver W. Wanger
                                       U.S. District Judge