UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 1:04-cr-5276 OWW |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER FOR RETURN OF |
| AURORA CARLOS, ) | PASSPORT |
| ) | |
| Defendants. ) | |
| _____ ) | |

The above-named defendant having been remanded to the custody of the U. S. Marshal,

IT IS HEREBY ORDERED that the Passport posted in this matter be returned to the defendant or their representative.

IT IS SO ORDERED.

Dated:   March 9, 2006                          /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE